**DISMISS and Opinion Filed December 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00638-CV

**TITO E. MARRERO, Appellant**
**V.**
**BANK OF AMERICA, N.A., SHARON MIDDLEBROOKS,**
**SHERMAN ROBERTS, JENNIFER WRIGHT,**
**CITYWIDE COMMUNITY DEVELOPMENT CORP., AND**
**CONCEPT DEVELOPMENT CORP., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14549**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Garcia
Opinion by Justice Pedersen, III

Appellant appeals from the trial court's June 9, 2022 "Order Administratively Closing Case" pursuant to the automatic stay in section 362 of the Bankruptcy Code. Generally, this Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001) (final judgment is one that disposes of all parties and claims); Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (listing appealable interlocutory orders). Because the appealed order did not appear to be a final judgment or appealable

interlocutory order, we questioned our jurisdiction over this appeal, directed appellant to file a letter brief addressing the jurisdictional issue, and cautioned him that failure to do so may result in dismissal of the appeal without further notice. As of today's date, appellant has not complied and the time to do so has passed.

An order administratively closing a case pursuant to the automatic stay under the Bankruptcy Code is not a final judgment and there is no statutory authority permitting an interlocutory appeal of such an order. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


220638f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TITO E. MARRERO, Appellant

No. 05-22-00638-CV      V.

BANK OF AMERICA, N.A.,
SHARON MIDDLEBROOKS,
SHERMAN ROBERTS, JENNIFER
WRIGHT, CITYWIDE
COMMUNITY DEVELOPMENT
CORP., AND CONCEPT
DEVELOPMENT CORP., Appellees

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-14549.
Opinion delivered by Justice
Pedersen, III. Chief Justice Burns and
Justice Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees BANK OF AMERICA, N.A., SHARON MIDDLEBROOKS, SHERMAN ROBERTS, JENNIFER WRIGHT, CITYWIDE COMMUNITY DEVELOPMENT CORP., AND CONCEPT DEVELOPMENT CORP. recover their costs of this appeal from appellant TITO E. MARRERO.

Judgment entered this 23rd day of December, 2022.